```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00500-MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC JOHN GUANCO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about January 12, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Eric John Guanco and the finding of forfeiture by the Court forfeiting to the United States the following property:

        a)    External Hard Drive, 500 GB, Maxtor One Touch 4, Serial number 2HA119Q5; and

        b)    Desktop computer, black, no serial number, Windows Product Key VT8KW-48CRY03BFPB-R2M98-HTX7Y.

///

///

///

1 | AND WHEREAS, beginning on January 14, 2012, for at least 30
2 | consecutive days, the United States published notice of the
3 | Court's Order of Forfeiture on the official internet government
4 | forfeiture site [www.forfeiture.gov](www.forfeiture.gov). Said published notice
5 | advised all third parties of their right to petition the Court
6 | within sixty (60) days from the first day of publication of the
7 | notice for a hearing to adjudicate the validity of their alleged
8 | legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Eric John Guanco.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///
///
///
///
///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE